IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

STANLEY MOSLEY,

    Plaintiff-Third Party Defendant-Appellant,

CERES MARINE TERMINALS,

    Third Party Plaintiff,

vs.

HAI FENG 1710 DESIGNATED, HAPAG-LLOYD AG,

    Defendants-Third Party Defendants-Appellees.

Case No. CV419-216

## ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 24th day of October 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA